Thomas C. Bancroft
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT 59102
tbancroft@nelsonlawmontana.com
Wyoming Bar No. 5-1773
(406) 867-7000
(406) 867-0252 Fax
    Attorney for Defendants

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2019 OCT 15 PM 2: 05
MARGARET BOTKINS, CLERK
CHEYENNE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRAVIS COLLINS; KATHRYN GONZALES, individuals, | ) Cause No. 19-CV-213-F ) ) |
| Plaintiffs, | ) ) **DEFENDANTS' NOTICE OF** |
| vs. | ) **REMOVAL** ) |
| WESLEY REICHERT; SPEEDY BUTTE, LLC, an Idaho Limited Liability Company; DOE BROKER, | ) ) ) ) |
| Defendants. | ) ) |

Defendants, Wesley Reichert and Speedy Butte, LLC, by and through their attorneys, Nelson Law Firm, P.C., as Defendants in *Travis Collins; Kathryn Gonzales vs. Wesley Reichert; Speedy Butte, LLC*, in the District Court for the State of Wyoming, in and for the Third Judicial District, Lincoln County, hereby petition for removal of the above-described cause of action to this Court and

respectfully show as follows:

1. The citizenship of the parties is diverse in that:

   a. Defendant Speedy Butte, LLC is an Idaho limited liability company whose principal place of business is in Idaho and whose members are all Idaho citizens (Declaration of Charles Amy attached as Exhibit A).

   b. Defendant Wesley Reichert is an Idaho citizen (Declaration of Wesley Reichert attached as Exhibit B). His residency was accurately disclosed on the accident report. Plaintiffs' allegation that Defendant Wesley Reichert is a "resident" of Wyoming is a sham, intended to defeat federal jurisdiction of this dispute.

   c. "Doe Broker" is a fictitious defendant whose citizenship is to be disregarded per 28 U.S.C. § 1441(b)(1). No freight broker was involved in arrangements for the hay delivery, from which Defendant Wesley Reichert was returning when the accident occurred (Declaration of Charles Amy). "Doe Broker" is nonexistent and a sham Defendant, fraudulently named in an effort to defeat federal jurisdiction of this dispute.

   d. Plaintiffs have been at all times pertinent to this litigation, citizens of the State of Wyoming.

2. The amount in controversy, as claimed by Plaintiffs immediately prior

to the filing of the Complaint, is $295,000. This Court therefore has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. § 1332.

3. The above-entitled cause of action is therefore proper for removal to this Court pursuant to 28 U.S.C. § 1441(a).

3. Service of process on Defendants of the Complaint was made through acceptance/waiver of service by Defendants' counsel on September 20, 2019. Removal is therefore timely and proper pursuant to 28 U.S.C. § 1446(b).

4. Copies of all process, pleadings, and orders served upon Defendants in the above-entitled action are attached hereto and incorporated by reference herein as Exhibit C, as required by 28 U.S.C. § 1446(a).

DATED this 10th day of October, 2019.

_____
Thomas C. Bancroft
NELSON LAW FIRM, P.C.
2619 St. Johns Avenue, Suite E
Billings, MT 59102
tbancroft@nelsonlawmontana.com
Wyoming Bar No. 5-1773
(406) 867-7000
(406) 867-0252 Fax
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 10th day of October, 2019, a copy of the foregoing was duly served upon the following by the following means:

```
_____ CM/ECF
_____ Hand Delivery
  1 & 2      Mail
_____ Overnight Delivery Service
_____ Fax
_____ Email
```

1. Clerk, U.S. District Court

2. Alan W. Mortensen
   DEWSNUP, KING, OLSEN, WOREL,
     HAVAS, MORTENSEN
   36 South State Street, Suite 2400
   Salt Lake City, UT 84111
       Attorneys for Plaintiffs

   /s/ Thomas C. Bancroft
   Thomas C. Bancroft
   NELSON LAW FIRM, P.C.
   2619 St. Johns Avenue, Suite E
   Billings, MT 59102
   tbancroft@nelsonlawmontana.com
   Wyoming Bar No. 5-1773
   (406) 867-7000
   (406) 867-0252 Fax
   ATTORNEYS FOR DEFENDANTS