

FILED

**Margaret Botkins**
**Clerk of Court**

11:15 am, 8/19/20

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| TRAVIS COLLINS and KATHRYN GONZALES,<br><br>Plaintiffs,<br><br>vs.<br><br>WESLEY REICHERT and SPEEDY BUTTE LLC,<br><br>Defendants. | Case No. 19-CV-213-NDF |

### ORDER OF DISMISSAL

The parties have filed a stipulation of dismissal with prejudice for all claims in this case. ECF No. 25. Although the stipulation is self-executing under Rule 41, the Court hereby approves and ORDERS this case is dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

IT IS SO ORDERED this 19 day of August, 2020.

_____
NANCY D. FREUDENTHAL
UNITED STATES DISTRICT JUDGE